1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>GANNON GIGUIERE (1),<br>OLIVER LINDSAY (2),<br><br>        Defendants. | Case No. 18CR3071-WQH<br><br>**PROTECTIVE ORDER** |

Pursuant to the joint motion of the parties, Federal Rule of Criminal Procedure 16(d), and General Order No. 514 of the United States District Court for the Southern District of California ("General Order No. 514"), it is hereby ORDERED as follows:

1. Any discoverable documents that were filed under seal in this case are unsealed for the limited purpose of allowing the United States to provide them to each defendant and defense counsel (including co-counsel, paralegals, investigators, consultants, experts, litigation support personnel, and secretarial staff) ("the defense") in discovery.

2. All discovery produced by the United States in this case is for use by the defense solely for purposes of these proceedings, including investigating, preparing for trial, trial, and any appeals of this matter and for no other purpose.

3. The defense may not distribute, disseminate, disclose, or exhibit discovery materials to any person who is not a part of the defense, except as further set forth herein.

4. The defense shall take all reasonable steps to: (a) maintain the confidentiality of the discovery, and (b) safeguard the discovery produced in this case from disclosure to or review by any third party.

5. The defense may show witnesses, and their attorneys, discovery materials as necessary for the preparation of the defense, but may not give copies or the materials to witnesses absent further Order of the Court.

6. To the extent that any of the criminal discovery materials contain any individual's personal information, within the meaning of General Order 514, the defense shall redact any filings referencing or containing said materials in a manner consistent with General Order 514.

7. The defense shall return or destroy any and all copies of the discovery to the United States within 90 days of the conclusion of the proceedings in the above-referenced case, including any appeal.

8. If defense counsel withdraws or is disqualified from participation in this case, the defense shall return or destroy any discovery produced pursuant to the Order to the United States within 10 days.

9. Each counsel of record shall ensure that every member of his/her defense team is advised of the Order and agrees to be bound by its terms.

SO ORDERED.

Dated: August 9, 2018

*William Q. Hayes*
Hon. William Q. Hayes
United States District Court