Michael L. Lipman (SBN 66605)
Karen Lehmann Alexander (SBN 265926)
**DUANE MORRIS LLP**
750 B Street, Suite 2900
San Diego, CA 92101-4681
E-mail: mllipman@duanemorris.com
klalexander@duanemorris.com

Attorneys for Defendant, Oliver Lindsay

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 18-CR-3071 WQH (MDD) |
|---|---|
| Plaintiff, | **NOTICE OF MOTION AND MOTION TO COMPEL DISCOVERY, TO COMPEL REQUIRED NOTICE, AND TO PRESERVE EVIDENCE** |
| v. | |
| GANNON GIGUIERE (1), and OLIVER LINDSAY (2), | Judge: Hon. William Q. Hayes
Date: August 5, 2019
Time: 2:00 p.m.
Courtroom: 14B |
| Defendants. | |

TO ALL PARTIES AND THEIR COUNSEL:

PLEASE TAKE NOTICE that on August 5, 2019, at 2:00 p.m., or as soon thereafter as the matter may be heard, in Department 14B of the above-entitled Court, Defendant Oliver Lindsay ("Lindsay") will move this Court for an Order compelling discovery; compelling the government to provide required notice including notice under Federal Rules of Criminal Procedure 404(b), 609, and expert notice; and compelling the government to preserve evidence.  This Motion is based on the accompanying memorandum of points and authorities and any other materials that may come to the Court's attention.

Dated: July 8, 2019  **DUANE MORRIS LLP**

By: /s/Karen Lehmann Alexander
Michael L. Lipman
Karen Lehmann Alexander
Attorneys for Defendant Oliver Lindsay