| | |
|---|---|
| 1 | Michael L. Lipman (SBN 66605) |
| 2 | Karen Lehmann Alexander (SBN 265926) |
|   | **DUANE MORRIS LLP** |
| 3 | 750 B Street, Suite 2900 |
| 4 | San Diego, CA 92101-4681 |
|   | E-mail:  mllipman@duanemorris.com |
| 5 | klalexander@duanemorris.com |
| 6 | |
|   | Attorneys for Defendant, Oliver Lindsay |

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18-CR-3071 WQH (MDD) |
| Plaintiff, | **NOTICE OF MOTION AND MOTION TO TO SEVER** |
| v. | Judge: Hon. William Q. Hayes |
| GANNON GIGUIERE (1), and OLIVER LINDSAY (2), | Date: August 5, 2019<br>Time: 2:00 p.m.<br>Courtroom: 14B |
| Defendants. | |

1

TO ALL PARTIES AND THEIR COUNSEL:

PLEASE TAKE NOTICE that on August 5, 2019, at 2:00 p.m., or as soon thereafter as the matter may be heard, in Department 14B of the above-entitled Court, Defendant Oliver Lindsay ("Lindsay") will move this Court for an Order severing the parties or counts for trial. This Motion is based on the accompanying memorandum of points and authorities and any other materials that may come to the Court's attention.

Dated: July 8, 2019                    **DUANE MORRIS LLP**

By: /s/Karen Lehmann Alexander
Michael L. Lipman
Karen Lehmann Alexander
Attorneys for Defendant Oliver Lindsay