# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                           Plaintiff,<br><br>     V.<br><br>OLIVER LINDSAY (2),<br><br>                          Defendant. | Criminal Case No. 18-CR-3071-WQH<br><br>ORDER |

No objections having been filed, **IT IS ORDERED** that the Findings and Recommendation of the Magistrate Judge are adopted and this Court accepts Defendant's PLEA OF GUILTY to Count(s) One (1) of the Superseding Indictment .

Dated: August 20, 2019

                                                              */s/ William Q. Hayes*
                                                               Hon. William Q. Hayes
                                                              United States District Court