# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GANNON GIGUIERE (1), and<br>OLIVER LINDSAY (2),<br><br>Defendants. | Case No. 18-CR-3071 WQH (MDD)<br><br>**ORDER GRANTING MOTION TO PERMIT OLIVER LINDSAY TO REMAIN IN CANADA**<br><br>Judge:    Hon. William Q. Hayes<br>Magistrate Judge: Hon. Mitchell D. Dembin |

In light of the District Court's Order continuing the sentencing in this matter to September 21, 2020 [Doc. 185], it is hereby ordered that Defendant Oliver Lindsay is permitted to remain in Vancouver, Canada, on the same terms and conditions previously ordered [Doc. 154], until his new sentencing date.

**IT IS SO ORDERED.**

Dated: _5/20/2020_____        By: _____
                                   Hon. Mitchell D. Dembin
                                   United States District Magistrate Judge

CASE NO. 18-CR-3071 WQH (MDD)