Michael L. Lipman (SBN 66605)
Karen Lehmann Alexander (SBN 265926)
**DUANE MORRIS LLP**
750 B Street, Suite 2900
San Diego, CA 92101-4681
E-mail:   mllipman@duanemorris.com
          klalexander@duanemorris.com

Attorneys for Defendant, Oliver Lindsay

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>GANNON GIGUIERE (1), and<br>OLIVER LINDSAY (2),<br><br>                    Defendants. | Case No. 18-CR-3071 WQH (MDD)<br><br>**UNOPPOSED MOTION TO CONTINUE SENTENCING**<br><br>Judge: Hon. William Q. Hayes<br>Magistrate Judge: Hon. Mitchell D. Dembin |

The Parties are in agreement that an additional continuance of the sentencing date will best serve the interests of justice. Accordingly, Defendant Oliver Lindsay, through his counsel, respectfully requests that the Court continue his sentencing from March 22, 2021 to May 24, 2021. The government concurs in and does not oppose this request.

Dated: March 4, 2021                                     **DUANE MORRIS LLP**

                                                  By:  */s/ Karen Lehmann Alexander*
                                                       Michael L. Lipman
                                                       Karen Lehmann Alexander
                                                       Attorneys for Defendant Oliver Lindsay

DM1\11839014.1