# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GANNON GIGUIERE (1), and<br>OLIVER LINDSAY (2),<br><br>Defendants. | Case No. 18-CR-3071 WQH (MDD)<br><br>**ORDER GRANTING UNOPPOSED MOTION TO CONTINUE OLIVER LINDSAY'S SENTENCING DATE**<br><br>Judge:  Hon. William Q. Hayes<br>Magistrate Judge: Hon. Mitchell D. Dembin |

IT IS HEREBY ORDERED that good cause being shown, the sentencing date for Oliver Lindsay is continued from January 31, 2022 to April 7, 2022 at 1:30 p.m.

IT IS FURTHER ORDERED that the parties shall submit all materials related to the determination of restitution no later than March 1, 2022.

Dated: January 14, 2022

*/s/ William Q. Hayes*
Hon. William Q. Hayes
United States District Court

CASE NO. 18-CR-3071 WQH (MDD)