RANDY S. GROSSMAN
United States Attorney
AARON P. ARNZEN (CA Bar No. 218272)
Assistant U.S. Attorney
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-8384
Email: Aaron.Arnzen@usdoj.gov

Attorneys for the United States

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GANNON GIGUIERE (1),<br>OLIVER LINDSAY (2),<br><br>Defendants. | Case No.: 18CR3071-WQH<br><br>**UNITED STATES' NOTICE OF MOTION AND MOTION TO SHORTEN TIME**<br><br>**HON. WILLIAM Q. HAYES** |

The UNITED STATES OF AMERICA, by and through its counsel Randy S. Grossman, United States Attorney, and Aaron P. Arnzen, Assistant U.S. Attorney, hereby moves this Court for an order shortening time to allow the filing of the United States' Motion for Restitution on or before Sunday, April 24, 2022.  The Court previously ordered the United States to file such motion on or before April 22, 2022.

This application is made for the following reasons:

1. The undersigned currently serves the United States Attorney's Office ("USAO") as the Chief of the Major Frauds and Public Corruption Section.

2. Four other members of the Major Frauds and Public Corruption Section are currently conducting a five-defendant, multi-month trial in *U.S. v. Newland*, 17CR623-JLS.

3. Defendants in the *Newland* matter moved the Court for a mid-trial evidentiary hearing on a potentially significant issue.  On the morning of Thursday, April 21,

2022, the Court granted the motion for such a hearing, ordered that it take place on Monday, April 25, 2022, at 9 a.m., and ordered that the United States be represented at that hearing by what was referred to as "taint" attorneys.

4. The undersigned was assigned by the USAO to serve as one of the "taint" attorneys for the referenced hearing.

5. Efforts to prepare for the hearing have taken very significant time and effort, and are anticipated to take additional, significant time and effort until the hearing concludes.

6. Until recently, the undersigned was joined by another member of the Major Frauds and Public Corruption Section in representing the United States in the present matter; the other member of the section very recently left government service to pursue private practice, and the issues surrounding restitution are sufficiently nuanced that passing off the briefing to another AUSA would be inefficient and not lead to an earlier filing.

DATED:   April 23, 2022.                    Respectfully submitted,

                                            RANDY S. GROSSMAN
                                            United States Attorney

                                            /s/ Aaron P. Arnzen
                                            AARON P. ARNZEN
                                            Assistant U.S. Attorney