Michael L. Lipman (SBN 66605)
Karen Lehmann Alexander (SBN 265926)
**DUANE MORRIS LLP**
750 B Street, Suite 2900
San Diego, CA 92101-4681
E-mail:   mllipman@duanemorris.com
          klalexander@duanemorris.com

Attorneys for Defendant, Oliver Lindsay

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GANNON GIGUIERE (1), and OLIVER LINDSAY (2),<br><br>Defendants. | Case No. 18-CR-3071 WQH (MDD)<br><br>**NOTICE OF JOINDER IN DEFENDANT GANNON GIGUIERE'S SECOND RESPONSE TO UNITED STATES' MOTION FOR RESTITUTION FILED BY DEFENDANT OLIVER LINDSAY**<br><br>Judge: Hon. William Q. Hayes<br>Magistrate Judge: Hon. Mitchell D. Dembin |

PLEASE TAKE NOTICE that Defendant Oliver Lindsay ("Lindsay") hereby JOINS in Defendant Gannon Giguiere's Second Response to United States' Motion for Restitution (Dkt No. 260).

Dated: May 9, 2022

             **DUANE MORRIS LLP**

             By: */s/ Karen Lehmann Alexander*
                Michael L. Lipman
                Karen Lehmann Alexander
                Attorneys for Defendant Oliver Lindsay