# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GANNON GIGUIERE (1), and OLIVER LINDSAY (2),<br><br>Defendants. | Case No. 18-CR-3071 WQH (MDD)<br><br>**ORDER GRANTING OLIVER LINDSAY'S UNOPPOSED MOTION FOR AMENDED JUDICIAL RECOMMENDATION** |

For the reasons set forth therein and good cause appearing, the Court **GRANTS** Defendant Oliver Lindsay's unopposed motion for amended judicial recommendation. Accordingly, it is recommended by this Court that Mr. Lindsay be designated by the BOP to FDC SeaTac.

**IT IS SO ORDERED**.
Dated: August 8, 2022

_____
Hon. William Q. Hayes
United States District Court